ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
KELSEY A. WEBBER, SBN 303721
kelsey.webber@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA  95814
Telephone:    916.840.3140
Facsimile:     916.840.3159

Attorneys for Defendant CERTAINTEED
CORPORATION (erroneously sued as
SAINT-GOBAIN CORP. OF NORTH
AMERICA)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JUSTIN ALTIMUS<br><br>   Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN CORP. OF NORTH AMERICA<br><br>   Defendants. | Case No. 1:17-cv-01271-DAD-EPG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 2, 2018 SCHEDULING CONFERENCE**<br><br>Date:  July 2, 2018<br>Time:  11:15 a.m.<br>Location: Fresno<br>Judge:  Magistrate Judge Erica P. Grosjean<br>Courtroom: 10 (6th Floor)<br><br>(Madera County Superior Court<br>Case No. MCV075790) |

  Based upon the request made by Defendant Certainteed Corporation's (erroneously sued as Saint-Gobain Corp. of North America) to appear telephonically at the July 2, 2018 Status Conference and good cause appearing, IT IS HEREBY ORDRED that counsel for **Defendant and Plaintiff may appear telephonically at the July 2, 2018 Status Conference.**

  \\\

  \\\

Each party is directed to use the following dial-in number and passcode: **1-888-251-2909; passcode 1024453.**

IT IS SO ORDERED.

Dated: __**June 26, 2018**__       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE