# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ALTIMUS,<br><br>Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN CORP., et al.,<br><br>Defendants. | Case No. 1:17-cv-01271-DAD-EPG<br><br>**ORDER GRANTING CONTINUANCE**<br><br>(ECF No. 33) |

On June 28, 2018, Plaintiff filed a proposed scheduling report and request for continuance (ECF No. 33). Plaintiff requests a continuance of the scheduling conference currently set for July 2, 2018. Plaintiff notes that the district court's order (ECF No. 28) on Defendants' motion to dismiss was only recently issued, and Plaintiff needs additional time following the issuance of that order to meet and confer with Defendants. The Court finds good cause exists for granting the requested continuance.

Accordingly, Plaintiff's request for a continuance of the scheduling conference (ECF No. 33) is GRANTED. The scheduling conference set for July 2, 2018, at 11:15 AM, is vacated and reset to **August 21, 2018, at 10:00 AM**, in Courtroom 10, before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **June 29, 2018**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE