1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  JUSTIN ALTIMUS,                          Case No. 1:17-cv-01271-DAD-EPG

12              Plaintiff,                   ORDER DIRECTING CLERK OF COURT TO
                                             CLOSE CASE IN LIGHT OF VOLUNTARY
13         v.                                DISMISSAL

14  SAINT-GORBAIN CORP. OF NORTH
    AMERICA,                                 (ECF NO. 46)
15
                Defendants.
16

17        On December 13, 2019, the parties filed a joint stipulation of dismissal of this matter

18  pursuant to Federal rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 46.) Accordingly, as the

19  parties have voluntarily dismissed this entire action, the Clerk of Court is directed to close this

20  case.

21
    IT IS SO ORDERED.
22

23     Dated:   __December 16, 2019__        _/s/ Erin P. Grosjean_____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                                 1